UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Daniel Hobgood

    v.                                     Case No. 19-cv-642-LM

Hearst Communications, Inc.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 18, 2019.

_____
Landya B. McCafferty
Chief Judge

Date: November 25, 2019

cc: James Daniel Hobgood, pro se